IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAUREEN E. LEYVA | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 10-5088 |

ORDER

AND NOW, this 17th day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant, the City of Philadelphia, for judgment on the pleadings is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.